UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ERNESTO C. LOPEZ, an Individual,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY; and DOES 1-50, Inclusive,

Defendants.

Case No.: 5:24-cv-00156-SSS (DTB)

**~~PROPOSED~~ ORDER REGARDING THE STIPULATED PROTECTIVE ORDER**

Having reviewed the Stipulated Protective Order filed, the Court finds that the parties have shown good cause as to the information being kept confidential and protected from public disclosure.

SO ORDERED, this 14th day of April, 2025.

_____
Honorable David T. Bristow
United States Magistrate Judge
For the Central District of California

12702608v1